UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIO GONZALES MONTANO,<br><br>        Petitioner,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br>ET AL.,<br><br>        Respondents. | CASE NO. CV 12-4444-MWF (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 17, 2012.

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Federal Habeas\MONTANO, F 4444\judgment.wpd